**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELE BESSIS,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN SERVICING CO,<br>HSBC BANK USA, NATIONAL<br>ASSOCIATION , AS TRUSTEE<br>FOR ACE SECURITIES CORP.<br>AND DOES 1 THROUGH X,<br>INCLUSIVE,<br><br>        Defendants.<br>_____ | Case No. EDCV 10-01182<br>VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants American Servicing Co, HSBC Bank USA, National Association, as Trustee for Ace Securities Corp.

//

//

//

1 | is DISMISSED WITHOUT PREJUDICE.  The Court orders that
2 | such judgment be entered.
3
4 | Dated: September 8, 2010
5 | _____
  | VIRGINIA A. PHILLIPS
  | United States District Judge

2